AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | **AMENDED JUDGMENT IN A CIVIL CASE** |
| V.<br>BROAN NUTONE, LLC | Case Number: 3:12-CV-0181 |

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the jury finds for the plaintiff against defendant for strict liability. Plaintiff is awarded a total of $139,227 for damage as to liability broken down as follows:

  Jack & Jill Childcare, Inc.:  $74,351.00
  14 Framark Drive, LLC:      $64,876.00

further, pursuant to the pretrial stipulation of the parties (Dkt. No. 41, page 4), plaintiff shall recover damages for damage to the building in the amount of $400,000, and shall recover damages for lost of personal or business property damage in the amount of $12,000; therefore,

Judgment is entered for plaintiff against defendant for a total amount of $551,227.

July 8, 2014                                           Lawrence K. Baerman
Date                                                   Clerk

                                                       *Judi L. McNicholas*
                                                       (By) Deputy Clerk